# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  LaDonne Bush      Date: October 19, 2009
Court Reporter:  Paul Zuckerman
Probation Officer: Grant Hanson
Interpreter: Ruth Warner

Criminal Action No. 08-cr-00161-MSK-8

*Parties*:                                                      *Counsel*:

UNITED STATES OF AMERICA,              Mark Barrett

          Plaintiff,

v.

8.  JESUS NOE MENDOZA-OCHOA,        Stanley Marks

          Defendant.

_____

## SENTENCING MINUTES
_____

9:40 a.m.        Court in session.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on July 13, 2009.  Defendant pled guilty to Count 14 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties do not request departure.

Argument regarding the Motion for Downward Variance from the Federal Sentencing Guidelines Pursuant to 18 U.S.C. Section 3553(a) and Requests for a Time-Served Sentence (Doc. 840).

Allocution.  Statement made by Defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Motion for Downward Variance from the Federal Sentencing Guidelines Pursuant to 18 U.S.C. Section 3553(a) and Requests for a Time-Served Sentence (Doc. 840) is granted as set forth on the record.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

10:12 a.m.   Court in recess.

Total Time: 00:32
Hearing concluded.